# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
***10-Nov-2023***

| Customer |
|---|
| PIZZA ROMA |
| 7300 BUSTLETON AVENUE |
| BUSTLETON & COTTMAN |
| PHILADELPHIA, PA  19152 |

| Account# | Total Due | Current |
|---|---|---|
| 197 | $6,273.52 | ($41.81) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $2,497.57 | $2,083.71 | $1,729.71 | $3.63 | $0.71 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2032226 | 30-Jun-23 | 30-Jun-23 | IN | $757.05 | $0.05 | Delinquent | |
| 2032324 | 7-Jul-23 | 7-Jul-23 | IN | $1,057.66 | $0.66 | Delinquent | |
| 2032462 | 14-Jul-23 | 14-Jul-23 | IN | $803.03 | $3.03 | Delinquent | |
| 2032720 | 28-Jul-23 | 28-Jul-23 | IN | $710.60 | $0.60 | Delinquent | |
| OP1552 | 23-Aug-23 | 23-Aug-23 | OP | ($21.71) | ($21.71) | Credit | |
| 2033212 | 25-Aug-23 | 25-Aug-23 | IN | $868.78 | $0.78 | Delinquent | |
| 2033326 | 1-Sep-23 | 1-Sep-23 | IN | $1,320.97 | $820.97 | Delinquent | |
| OP1559 | 1-Sep-23 | 1-Sep-23 | OP | ($0.04) | ($0.04) | Credit | |
| 2033426 | 8-Sep-23 | 8-Sep-23 | IN | $907.96 | $907.96 | Delinquent | |
| 2033533 | 15-Sep-23 | 15-Sep-23 | IN | $1,168.94 | $1,168.94 | Delinquent | |
| OP1571 | 15-Sep-23 | 15-Sep-23 | OP | ($20.06) | ($20.06) | Credit | |
| 2033649 | 22-Sep-23 | 22-Sep-23 | IN | $914.77 | $914.77 | Delinquent | |
| 2033757 | 29-Sep-23 | 29-Sep-23 | IN | $1,141.94 | $1,141.94 | Delinquent | |
| 2033846 | 6-Oct-23 | 6-Oct-23 | IN | $1,355.63 | $1,355.63 | Delinquent | |