*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Pizza Port, Inc.<br>Defendant | Adversary No. 23−00086−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

   AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

   ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff Tri−State Paper, Inc. and Against Defendant Pizza Port, Inc. in the amount of Six Thousand Two Hundred Seventy Three Dollars and Fifty Two Cents ($6,273.52), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Six Thousand Six Hundred Twenty Three Dollars and Fifty Two Cents ($6,623.52) sum certain.

Date: December 20, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court